UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | ED CV19-02059-RGK (AS) | Date | June 29, 2020 |
|---|---|---|---|
| Title | Barry Luque v. County of San Bernardino et al | | |

| Present: The Honorable | Alka Sagar, United States Magistrate Judge | |
|---|---|---|
| Alma Felix | | N/A |
| Deputy Clerk | | Court Reporter / Recorder |
| Attorneys Present for Plaintiff: | | Attorneys Present for Defendant: |
| N/A | | N/A |

**Proceedings:** **(IN CHAMBERS) ORDER TO SHOW CAUSE RE FAILURE TO SUBMIT SIGNED USM-285 FORMS**

On October 28, 2019, Plaintiff, a California resident proceeding pro se, who has been granted leave to proceed in forma pauperis, filed a civil rights complaint pursuant to 42 U.S.C. § 1983. On November 7, 2019, the court issued an Order Re: Service of Process by U.S. Marshal directing plaintiff to complete and to return to the Clerk of the Court a USM-285 form for each of the two defendants named in the complaint and to file a Notice of Submission indicating that the completed USM-285 Forms have been provided to the Clerk of the Court. (Dkt. No. 7). On December 5, 2019, Plaintiff filed a "Notice of Submission of Documents to Court Clerk for Forwarding to the United States Marshal." (Dkt. No. 11). However, because the USM-285 forms were not signed, and thus not in compliance with the Order Re Service of Process, the Court returned the forms to Plaintiff and ordered him to sign the forms and return the Notice of Submission to the Court by no later than December 17, 2019. (Dkt. No. 12).

As of this date, Plaintiff has failed to submit the completed forms or the Notice of Submission. Accordingly, Plaintiff is **ORDERED TO SHOW CAUSE**, in writing, no later than **July 13, 2020**, why this action should not be dismissed for failure to prosecute this action and obey Court orders by completing and signing the USM-285 forms for service of the Complaint. This Order to Show Cause may also be discharged by the filing of the Notice of Submission, with completed and signed USM-285 forms, by no later than **July 13, 2020**.

The Clerk is directed to attach to this Order a copy of the Court's Order Re Service of Process, dated November 7, 2019 (Dkt. No. 7), and provide Plaintiff with USM-285 forms, copies of the Order Directing Service and a form Notice of Submission.

If Plaintiff no longer wishes to pursue this action, he may request a voluntary dismissal of

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | ED CV19-02059-RGK (AS) | Date | June 29, 2020 |
|---|---|---|---|
| Title | Barry Luque v. County of San Bernardino et al | | |

this action without prejudice. See Fed. R. Civ. P. 41(a). A notice of dismissal form is attached for Plaintiff's convenience.

Plaintiff is warned that a failure to timely respond to this Order will result in a recommendation that this action be dismissed for failure to prosecute and obey court orders. See Fed. R. Civ. P. 41(b).

IT IS SO ORDERED.

|  | 0 | : | 00 |
|---|---|---|---|
| Initials of Preparer | | AF | |