JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| BARRY LUQUE, | Case No. EDCV 19-2059-RGK (AS) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| COUNTY OF SAN BERNARDINO, et al., | |
| Defendants. | |

Pursuant to the Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED:  9/25/2020

_____
R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE

3